■ LAURIE COCHIN et al., Respondents, v METROPOLITAN TRANSIT AUTHORITY et al., Appellants, et al., Defendant. [32 NYS3d 506]—Order, Supreme Court, New York County (Michael D. Stallman, J.), entered on or about October 16, 2015, which, inter alia, in this personal injury action arising from allegedly malfunctioning bus doors, granted plaintiffs' motion to compel production of defendants-appellants' post-accident records pertaining to the service, maintenance, and repair of the doors, unanimously affirmed, without costs, for the reasons stated by Stallman, J. Concur—Mazzarelli, J.P., Andrias, Saxe, Gische and Kahn, JJ.